## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

| | |
|---|---|
| **UNITED STATES** | ) |
| **Appellee,** | ) |
| | ) |
| **v.** | ) |
| | )   **Appeal No. 15-4415** |
| | ) |
| **JOHNNY ALBERTO** | ) |
| **SOVALVARRO** | ) |
| **Appellant.** | ) |
| | ) |

_____)

### UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE

### APPELLANT'S BRIEF AND JOINT APPENDIX

Now comes the Appellant, Johnny Sovalvarro, through his attorney, Howard Margulies, who hereby requests that this Honorable Court extend the time for filing the Appellant's Brief and Joint Appendix in this case to November 2, 2015. As grounds therefore, he represents as follows:

1.  Pursuant to the original briefing order, Appellant's Brief and Joint Appendix are currently due to be filed on October 15, 2015.

2.  Due to a multi-day trial beginning on October 7, Appellant's counsel is involved in trial preparations that have consumed the majority of his time.

3.  In order to provide the amount of time necessary to prepare Appellant's brief, Appellant's counsel requires an extension until November 2, 2015.

4.  This motion is unopposed. Undersigned counsel contacted Tamera Fine, Esq., Assistant United States Attorney, who advised that the Government does not oppose this request for an extension of time. For these reasons, undersigned counsel respectfully requests that the time for filing

Appellants' Brief and Joint Appendix in this case be extended to November 2, 2015.

WHEREFORE, Appellant respectfully requests that this Honorable Court extend the time in which to file the Appellant's Brief and Joint Appendix to November 2, 2015.

Respectfully submitted,


/s/Howard Margulies_____
Howard Margulies
P.O. Box 2577
Columbia, Maryland 21045
(410) 382-8902
Counsel for Johnny Alberto Sovalvarro


**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2015, I electronically mailed (via the CM/ECF system) a copy of the foregoing Unopposed Motion to Tamera Fine, Esq., Assistant United States Attorney, Office of the United States Attorney, 36 S. Charles Street, Baltimore, Maryland 21201.

/s/Howard Margulies_____
Howard Margulies